In the Matter of the Application of Thomas Benton Wilgus for Admission to the Bar.— Application granted. Present — Hirschberg, Burr, Thomas, Carr and Rich, JJ.

Mary Lutkins, Plaintiff, v. Theodore L. Lutkins, Jr., Respondent.— Motion denied, without costs. Present — Hirschberg, Burr, Thomas, Carr and Rich, JJ.

Abraham Sotsky, Respondent, v. Abraham Cohen, Appellant.— Motion to open default granted, and case placed on the next calendar of this court on condition that the appellant pay the respondent twenty-five dollars within ten days; otherwise, motion denied, with ten dollars costs. Present — Hirschberg, Burr, Thomas, Carr and Rich, JJ.

Eliza Sullivan, as Administratrix, etc., Respondent, v. Greenhut-Siegel Cooper Company, Appellant.— Motion to amend notice of appeal granted by striking out therefrom that portion thereof relating to an appeal from the judgment. Motion for stay of proceedings pending the hearing of the appeal from the order denying motion for a new trial granted on condition that within ten days from the entry of this order the appellant give a written undertaking to the effect that it will pay all costs and damages which may be awarded against it on the appeal, not exceeding $500, and that if the order appealed from is affirmed, or the appeal is dismissed, it will pay the sum recovered or directed to be paid by the judgment in this action. Present — Hirschberg, Burr, Thomas, Carr and Rich, JJ.

Edward C. Cooley, Sr., Plaintiff, v. Robert C. Burnside, as Treasurer of James A. Garfield Council No. 41 of the Junior Order of United American Mechanics of the State of New York, Defendant.— Submission of controversy dismissed on argument, without costs, and without prejudice to a renewal of the submission upon a new statement of facts. Hirschberg, Burr, Thomas, Carr and Rich, JJ., concurred.

Andrew Gullicksem, Respondent, v. The Central Railroad Company of New Jersey, Appellant.—Judgment and order affirmed, with costs. No opinion. Hirschberg, Carr and Woodward, JJ., concurred; Burr and Thomas, JJ., dissented.

William Noble, Respondent, v. Sarah J. Noble, etc., Appellant.— Judgment affirmed by default, with costs. Hirschberg, Burr, Thomas, Carr and Rich, JJ., concurred.

George Olshinsky, Respondent, v. Adelia Meisels and Others, Appellants.—Judgment affirmed by default, with costs. Hirschberg, Burr, Thomas, Carr and Rich, JJ., concurred.

Thomas H. Smith, Appellant, v. Clementine Smith, Respondent.— Judgment affirmed, with costs. No opinion. Thomas, Carr, Woodward and Rich, JJ., concurred; Jenks, P. J., not voting.

Katharine C. Ferris, Respondent, v. William Seymour, Appellant.— Judgment and order of the County Court of Westchester county affirmed, with costs. No opinion. Burr, Thomas, Woodward and Rich, JJ., concurred; Jenks, P. J., not voting.